NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. BROWN LINGAMFELTER,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**MEADWESTVACO PACKAGING SYSTEMS, LLC,**
*Appellee,*

AND

**GRAPHIC PACKAGING INTERNATIONAL, INC.,**
*Appellee.*

---

2011-1449
(Reexamination Nos. 95/000,066 & 95/000,069)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

# ORDER

C. Brown Lingamfelter moves without opposition for leave to file a statutory addendum to his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 3 1 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Daniel D. Chapman, Esq
Raymond T. Chen, Esq.
James F. Vaughan, Esq.
R. Bruce Bower, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2012

JAN HORBALY
CLERK